UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8284-DLB

UNITED STATES OF AMERICA,

v.

RODRIGO AMBROSIO-CARDON,

    Defendant.
_____/

**PRETRIAL DETENTION ORDER**

    Defendant, RODRIGO AMBROSIO-CARDON, came before the Court on July 26, 2019, represented by counsel, for a detention hearing. Defendant is charged by Criminal Complaint with conspiracy and possession with intent to distribute 500 grams or more of crystal methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846. As to each charge, if convicted, Defendant faces a mandatory minimum of 10 years up to life imprisonment, a maximum fine of $10,000,000, a mandatory minimum of 5 years to life of supervised release, and a $100 special assessment. Additionally, Defendant has a pending immigration detainer and faces possible deportation.

    At this time, Defendant knowingly, freely, and voluntarily agrees to pretrial detention without prejudice to later renewing a motion for hearing with respect to the issue of detention. Thus, it is hereby **ORDERED** that Defendant is **DETAINED** without prejudice to Defendant's right to bring a motion for hearing with respect to the issue of detention. The Court directs that Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the

1

corrections facility in which Defendant is confined deliver Defendant to a U.S. Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 26th day of July, 2019.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE